In the Matter of CHANDRA LASONDE et al., Respondents, v NORMAN SEABROOK et al., Appellants.

Submitted December 27, 2011; decided February 16, 2012

Reported below, 89 AD3d 132.

Motion for leave to appeal denied. Motion for a stay dismissed as academic.